JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Colister Slater, | ED CV 16-519 PA (KKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Leonard Patterson, Suzann Pauling, Jeh Johnson, and United States Department of Homeland Security, | |
| Defendants. | |

Pursuant to the Court's July 20, 2016 Minute Order dismissing this action for lack of jurisdiction as a result of plaintiff Colister Slater's ("Plaintiff") untimely filing of this action,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice for lack of jurisdiction.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: July 20, 2016

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE